**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YUNIOR R. FERNANDEZ,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:18-cr-00007-3** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |
| | : | |

**ORDER**

    **AND NOW**, on this 30th day of March 2021, upon consideration of Petitioner Yunior

R. Fernandez ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28

U.S.C. § 2255 (Doc. No. 169), and in accordance with the Memorandum issued concurrently

with this Order, **IT IS ORDERED THAT**:

    1.  Petitioner's motion (Doc. No. 169) is **DENIED**;

    2.  A Certificate of Appealability **SHALL NOT ISSUE**; and

    3.  The Clerk of Court is directed to **CLOSE** civil case number 1:20-cv-1674.


                        s/ Yvette Kane
                        Yvette Kane, District Judge
                        United States District Court
                        Middle District of Pennsylvania